# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KAREN LASMARIAS,

    Plaintiff(s),

v.

UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al.,

    Defendant(s).

Case No.: 2:18-cv-01851-JCM-NJK

**ORDER**

[Docket No. 19]

    Pending before the Court is the parties' discovery plan. Docket No. 19. A scheduling conference is hereby **SET** for 10:30 a.m. on January 25, 2019, in Courtroom 3B.

    IT IS SO ORDERED.

    Dated: January 22, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge