JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel: (702) 430-6896
Fax: (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Defendant Hellene Lopez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Karen Lasmarias, an individual,

Plaintiffs,

vs.

UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA d/b/a UNIVERSITY MEDICAL CENTER, a government entity; HELLENE LOPEZ, an individual,

Defendants.

Case No. 2:18-cv-01851

~~[Proposed]~~ **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Defendant Hellene Lopez ("Lopez") substitutes Jeffrey Gronich, Esq. of Jeffrey Gronich, Attorney at Law, P.C., Nevada State Bar Number 13136 as counsel of record in place of Kristofer D. Leavitt, Esq. of Leavitt Legal Group, P.C., who shall be deemed withdrawn as counsel of record for Defendant Lopez in this action.

Contact information for new counsel is as follows:

Jeffrey Gronich, Esq.
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel: (702) 430-6896
Fax: (702) 369-1290
jgronich@gronichlaw.com

Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
PH: (702) 430-6896 FAX: (702) 369-1290

I consent to the above substitution.

Dated this 25th day of October, 2019

By: [signature]
Hellene Lopez, Defendant

I consent to the above substitution which shall be deemed Leavitt Legal Group, P.C.'s withdrawal as counsel of record for Defendant Lopez in this action.

Dated this 25th day of October, 2016

By: /s/ Kristofer Leavitt.
Kristofer D. Leavitt, Esq. (13173)
Leavitt Legal Group, P.C.
612 S. 10th Street
Las Vegas, NV 89101
Tel: 702-423-7208
Fax: 702-977-9815

I consent to the above substitution.

Dated this 25th day of October, 2019

By: /s/ Jeffrey Gronich
Jeffrey Gronich, Esq.
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave.
Suite 109
Las Vegas, NV 89104
Tel (702) 430-6896
Fax (702) 369-1290

**The Substitution of attorney is hereby approved, Leavitt Legal Group, P.C. is hereby granted withdrawal as counsel of record for Defendant Lopez. IT IS SO ORDERED:**

Dated this 1 day of November, 2019

[signature]
UNITED STATES MAGISTRATE JUDGE

Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
PH: (702) 430-6896 FAX: (702) 369-1290