**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN LASMARIAS, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, dba UNIVERSITY MEDICAL CENTER, a government entity; HELLENE LOPEZ, an individual,<br><br>Defendants. | **CASE NO.: 2:18-cv-01851-JCM-NJK**<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF RELATED CRIMINAL MATTER**<br><br>**(Fourth Request)** |

Pursuant to LR IA 6-1 and 6-2, and pursuant to LR 7-1, Plaintiff Karen Lasmarias ("Plaintiff"), by and through her undersigned counsel; Defendant Hellene Lopez ("Lopez"), by and through his undersigned counsel; and Defendant University Medical Center of Southern Nevada d/b/a University Medical Center ("UMC"), by and through its undersigned counsel; hereby stipulate and agree, and respectfully request that the Court stay all discovery in this action pending the resolution of an ongoing criminal matter arising from the same and/or related allegations to those set forth in Plaintiff's Complaint in this action. Due to the pendency of the criminal matter in which Lopez is a Defendant, the parties anticipate that Defendant Lopez would be limited in his ability to substantively participate in discovery in this action without either implicating or otherwise being compelled to waive his Fifth Amendment rights.

1   On February 24, 2019, the parties submitted a first request to stay discovery in this matter pending
2   resolution Lopez' ongoing criminal matter.  See Stipulation and Order to Stay Discovery Pending
3   Resolution of Related Criminal Matter (First Request) [ECF No. 24].  The Court subsequently approved
4   the stipulation and ordered the stay.  *See* Order [ECF No. 25].
5   On August 19, 2019, the parties submitted a second request to stay discovery in this matter pending
6   resolution Lopez' ongoing criminal matter.  See Stipulation and Order to Stay Discovery Pending
7   Resolution of Related Criminal Matter (Second Request) [ECF No. 26].  The Court subsequently
8   approved the stipulation and ordered the stay on August 19, 2019.  *See* Order [ECF No. 27].
9   On October 8, 2019, Lopez' ongoing criminal matter was continued to January 07, 2020.
10  The parties entered a stipulation to continue the stay on Discovery until April 24, 2020 on November 13,
11  2019. (Third Request) [ECF No. 30]. The Order was entered on November 14, 2019. *See* Order [ECF
12  No. 31]. Mr. Lopez' criminal case has now been continued to July 13, 2020. Accordingly, the parties
13  stipulate and agree, and respectfully request that the Court stay all discovery in this action for an
14  additional six (6) months pending resolution of the ongoing criminal matter. In the event the criminal
15  matter is resolved prior to the expiration of the stay, the parties stipulate and agree to promptly notify
16  this Court of said resolution so that the stay can be lifted and discovery may commence unhindered in
17  this action. In the event the criminal matter is not resolved within the requested stay period of six (6)
18  months to **October 24, 2020**, the parties stipulate and agree to coordinate in good faith to request from
19  this Court any further relief as may be necessary to avoid conflict with the ongoing criminal matter,
20  including but not limited to, a request to extend the stay. This stipulation is entered into in good faith
21  and not for the purpose of delay.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 27, 2020

DATED this 24th day of April, 2020

MULLINS & TRENCHAK, ATTORNEYS AT LAW

/s/ Philip J. Trenchak
PHILIP J. TRENCHAK, ESQ.
Nevada Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada Bar No. 13546
1212 S. Casino Center Blvd.
Las Vegas, Nevada 8910

DATED this 24th day of April, 2020

HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON

/s/ F. Thomas Edwards
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
JOHN J. SAVAGE, ESQ.
Nevada Bar No. 11455
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101

DATED this 24th day of April, 2020

**HKM EMPLOYMENT ATTORNEYS LLP**

/s/Jenny L. Foley
JENNY L. FOLEY, ESQ.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 325
Las Vegas, Nevada 89104
Telephone: 202-370-8104

*Attorneys for Plaintiff Karen Lasmarias*

DATED this 24th day of April, 2020

**JEFFREY GRONICH, ATTORNEY AT LAW, P.C.**

/s/ Jeffrey Gronich
JEFFREY GRONICH, ESQ.
Nevada Bar No. 13136
1810 E. Sahara Ave., Ste. 109
Las Vegas, Nevada 89104

*Attorneys for Defendant Hellene Lopez*