# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN LASMARIAS,<br><br>      Plaintiff(s),<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al.,<br><br>      Defendant(s). | Case No.: 2:18-cv-01851-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 34) |

    Pending before the Court is Jenny L. Foley's motion to withdraw as counsel for Plaintiff. Docket No. 34. For good cause shown, the Court **GRANTS** the motion.

    IT IS SO ORDERED.

    Dated: July 28, 2020

                                                        Nancy J. Koppe<br>                                                        United States Magistrate Judge