F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
E-mail: jlujan@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

*Attorney(s) for Defendant University Medical Center of Southern Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN LASMARIAS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA d/b/a UNIVERSITY MEDICAL CENTER, a government entity; HELLENE LOPEZ, an individual, <br><br> Defendants. | Case No. 2:18-cv-01851-JCM-NJK <br><br> **STIPULATION AND ORDER TO LIFT STAY OF DISCOVERY** |

COMES NOW Plaintiff Karen Lasmarias ("Plaintiff"), by and through her undersigned counsel; Defendant Hellene Lopez ("Lopez"), by and through his undersigned counsel; and Defendant University Medical Center of Southern Nevada d/b/a University Medical Center ("UMC"), by and through its undersigned counsel; and hereby stipulate and agree as follows:

On February 24, 2019, the parties submitted a first request to stay discovery in this matter pending resolution of Lopez' ongoing criminal matter. *See* Stipulation and Order to Stay Discovery Pending Resolution of Related Criminal Matter (First Request) (ECF No. 24). The Court subsequently approved the stipulation and ordered the stay. *See* Order (ECF No. 25).

On August 19, 2019, the parties submitted a second request to stay discovery in this matter pending resolution of Lopez' ongoing criminal matter. *See* Stipulation and Order to Stay Discovery Pending Resolution of Related Criminal Matter (Second Request) (ECF No. 26). The

1  Court subsequently approved the stipulation and ordered the stay on August 19, 2019. *See* Order
2  (ECF No. 27).
3        On October 8, 2019, Lopez' ongoing criminal matter was continued to January 07, 2020.
4  As a result, on November 13, 2019, the parties entered a stipulation to continue the stay on
5  Discovery until April 24, 2020 (Third Request) (ECF No. 30). The Order was entered on
6  November 14, 2019. *See* Order (ECF No. 31).
7        On April 24, 2020, as a result of Lopez' criminal matter being rescheduled to July 13, 2020,
8  the parties submitted a fourth request to stay discovery in this matter pending resolution of Lopez'
9  ongoing criminal matter. *See* Stipulation and Order to Stay Discovery Pending Resolution of
10 Related Criminal Matter (Fourth Request) (ECF No. 32). The Court subsequently approved the
11 stipulation and ordered the stay on April 27, 2020. *See* Order (ECF No. 33).
12       Pursuant to that Stipulation, the parties agreed that in the event the criminal matter was
13 resolved prior to the expiration of the stay, the parties would promptly notify this Court of said
14 resolution so that the stay can be lifted and discovery may commence unhindered in this action.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

Accordingly, the Parties now give notice to this Court that Lopez' criminal matter has been resolved and stipulate that the stay of discovery is hereby lifted.

Respectfully submitted:

DATED this 31st day of July, 2020           DATED this 31st day of July, 2020

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**           **HOLLEY DRIGGS**

*/s/ Philip Trenchak*                                                 */s/ F. Thomas Edwards*
PHILIP J. TRENCHAK, ESQ.                         F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9924                                    Nevada Bar No. 9549
VICTORIA C. MULLINS, ESQ.                     JOHN J. SAVAGE, ESQ.
Nevada Bar No. 13546                                  Nevada Bar No. 11455
1212 S. Casino Center Blvd.                         400 South Fourth Street, Suite 300
Las Vegas, Nevada 89104                           Las Vegas, Nevada 89101
*Attorneys for Plaintiff Karen Lasmarias*      *Attorneys for Defendant University Medical Center of Southern Nevada*

DATED this 31st day of July, 2020

**JEFFREY GRONICH, ATTORNEY AT LAW, P.C.**

*/s/ Jeffrey Gronich*
JEFFREY GRONICH, ESQ.
Nevada Bar No. 13136
1810 E. Sahara Ave., Ste. 109
Las Vegas, Nevada 89104
*Attorneys for Defendant Hellene Lopez*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 3, 2020