UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN LASMARIAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al.,<br><br>    Defendants. | Case No. 2:18-cv-01851-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 48] |

    Pending before the Court's is Philip J. Trenchak and Victoria Mullins' motion to withdraw as counsel for Plaintiff.[1]  Docket No. 48.  Any response to the motion may be filed no later than June 29, 2021.

    The Court hereby **SETS** a hearing on counsel's motion to withdraw for 10:00 a.m. on July 19, 2021 in Courtroom 3C.  Plaintiff's counsel are required to attend the hearing in person.  Since Plaintiff may reside in Arizona, *see id* at 5, she may appear either telephonically or in person.  If Plaintiff chooses to appear telephonically, she must join the hearing by calling the Court conference line at 877-402-9757, at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

    IT IS SO ORDERED.

    Dated: June 15, 2021

                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge

---

[1] The instant motion also submits Defendants' counsel do not object to a stay of discovery or an extension of discovery deadlines, "so that Plaintiff is able to retain new counsel."  Docket No. 48 at 2.  "For each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document."  LR IC 2-2(b).  The Court, therefore, does not address this request.